AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

Filed at __4:15 P M__
__4/14__, 20 __17__
__,3CL__
Deputy Clerk, U.S. District Court
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>CLINTON SCOTT BASS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      7:17-MJ-2<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the __Middle__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 842(a)(3)(A) | Attempting to Receive Explosive Materials without a License |
| 18 U.S.C. § 844(d) | Attempting to Transport Explosive Materials with Intent to Kill, Injure, or Intimidate |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Kate Furtak, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/14/2017

*Judge's signature*

Thomas Q. Langstaff, U.S. Magistrate Judge
*Printed name and title*

City and state:   Albany, Georgia

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Kate Furtak, (Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Atlanta Division, Columbus Resident Agency, being duly sworn, depose and state as follows to wit:

### I.   INTRODUCTION AND AGENT BACKGROUND

2. I am a Special Agent ("SA") with the FBI, and have been so employed since 2014. I am currently assigned to the Atlanta Division, Columbus Resident Agency. I have received training in the preparation, presentation and service of criminal complaints and arrest and search warrants and have been involved in the investigation of numerous types of offenses against the United States, including those involving the use of the Internet and the darknet. Also, I am familiar with the manner in which federal crimes are committed and the efforts of persons involved in such activity to avoid detection by law enforcement.

3. This affidavit is intended to show merely that there is probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

### II.   PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of an application for a complaint against and arrest warrant for Clinton Scott Bass.

5. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Clinton Scott Bass committed violations of 18 U.S.C. § 842(a)(3) (Attempting to Receive Explosive Materials without a License), and 18 U.S.C. § 844(d) (Attempting to Transport Explosives Through Interstate Commerce to Kill, Injure, or Intimidate).

1

### III. CHARGE

6. Beginning in or about August 2016, and continuing until on or about April 13, 2017, within the Middle District of Georgia, and elsewhere, the defendant,

Clinton Scott Bass,

(a) while not a licensee or permittee under Title 18, Chapter 40, knowingly attempted to transport, ship, cause to be transported, or receive, explosive materials; all in violation of Title 18, United States Code, Section 842(a)(3); and

(b) did attempt to transport or receive, in interstate or foreign commerce, an explosive with the knowledge or intent that it will be used to kill, injure, or intimidate any individual; all in violation of Title 18, United States Code, Section 844(d).

### IV. STATEMENT OF PROBABLE CAUSE

7. This case is premised on a recent online order of explosive materials by an individual, believed to be Clinton Scott Bass, made over a network of computers designed to conceal his true IP address. But more than just the use of that network, Clinton Scott Bass, the prospective explosives purchaser, claimed that he bought the explosive materials to kill someone.

8. On or about March 29, 2017, an individual, believed to be Clinton Scott Bass, purchased a mail bomb via the Internet from a law enforcement employee working as an Online Covert Employee (OCE). The individual(s) who purchased the mail bomb utilized two separate computer monikers (hereinafter "Moniker #1" and "Moniker #2") while communicating online

with the OCE on Website #1.[1]

9. Moniker #1 initially expressed interest, in August 2016, in obtaining a bomb that could be attached to a vehicle and would detonate when the vehicle door was either opened or closed. Moniker #1 advised the OCE that Moniker #1 was 100% serious and would definitely buy the product.

10. Moniker #1 initially made contact with the OCE on Website #1, which is a hidden service Web site that is a publicly-accessible marketplace and forum. A username and password is required to access the marketplace and forum for Website #1, but the registration process is open to the public and requires no verification or validation procedures.

11. The marketplace for Website #1 contains numerous sub-sections advertising the sale of various illegal products, including drugs, counterfeit goods, hacking tools, counterfeit items, and weapons. The marketplace for Website #1 contains a keyword search feature that searches all products and vendors; and the search results are sorted according to relevance, price, bestselling, or positive feedback. There is also a rating system that ranks each vendor based on the number of sales and customer feedback.

12. Website #1 records number of transactions and feedback given for registered users. According to information available on Website #1, Moniker #1 has made twenty-five (25) transactions and has received feedback from fourteen (14) users on Website #1.

13. It is common for users on Website #1 to utilize different monikers to obfuscate their identity and purchases. Through targeted investigation of individual buyers and sellers on the

---

[1] The actual name of Website #1 is known to law enforcement. The site remains active and disclosure of the name of the site would potentially alert users to the fact that law enforcement action is being taken against the site, potentially provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, for purposes of the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms.

3

marketplace for Website #1, investigators have identified individuals who have sought to obtain a variety of illegal goods. Investigators have observed individuals who have sought to acquire Weapons of Mass Destruction (WMD) such as biological toxins, explosives and other dangerous materials who have also sought to obtain other illegal items to include drugs and other contraband.

14. Moniker #1 resurfaced on Website #1 or about March 27, 2017, and advised OCE the following: "I will supply address. You mail package and when it is opened boom game over. Also please delete all messages between us."

15. Moniker #1 further advised on or about March 27, 2017: "Target is nobody special. Just a rat criminal."

16. Later on the same day, Moniker #1 wrote: "I will send money and address today if you are ok with order."

17. Finally, on March 27, 2017, Moniker #1 wrote: "If you have any advice like should I destroy this phone once completed and us both destroy all messages please let me know. Time is running out and I need this pos to get his bday present on time. Please let me know something as soon as possible so I can look elsewhere if you don't want the job."

18. Moniker #2 surfaced on or about March 28, 2017, and advised OCE the following: "I'm not going to be able to purchase…til tomorrow. Almost 9pm here…but no worries my friend will definitely have it to you tomorrow on my word"

19. On or about March 28, 2017, and March 29, 2017, Moniker #2 paid for the mail bomb with virtual currency totaling approximately $550.00 U.S. currency. The virtual currency was sent by Moniker #2, to be held in escrow by Website #1 until the OCE delivered the mail bomb. Moniker #2 also provided a target name (hereinafter Victim #1) and a residential address (hereinafter Victim Address #1) in Hahira, Georgia.

20. FBI subsequently confirmed that Victim #1 lives at Victim Address #1 in Hahira, Georgia.

21. On or about March 30, 2017, the OCE advised Moniker #2 that the bomb would not be activated when it was shipped but would need to be received by Moniker #2 to activate the device prior to delivery to the target. Moniker #2 responded: "You don't have a reshipper in USA. I am trying to stay out of this as most as possible being I have motive. That's why I'm doing it this way. If not I will figure it out...please give me detailed instructions on how to keep myself from blowing my face off it's a black rat so make the box look appealing if possible."

22. On April 4, 2017, Moniker #2 provided an email address so the OCE could send a document containing the detailed instructions Moniker #2 had requested regarding the mail bomb.

23. Later on the same day, Moniker #2 provided an address (hereinafter Delivery Address) in Hahira, Georgia, as the location where Moniker #2 would like to receive the mail bomb so that Moniker #2 could then activate the mail bomb (based on instructions provided by the OCE) and deliver to its intended target.

24. The instructions provided by the OCE explained the person receiving the package should pull a string protruding from the package to arm the explosive device contained within it.

25. FBI subsequently determined that Delivery Address was a vacant residence.

26. On April 13, 2017, law enforcement delivered a package (hereinafter "Outer Package") to the Delivery Address. The Outer Package contained a smaller package (hereinafter "Inner Package") which contained an inert explosive device and related equipment, as purchased by the buyer. The Inner Package also contained a tracking device.

27. At approximately 1:24pm, a white male, identified as Clinton Scott Bass ("Bass") arrived at the Delivery Address.

28. Criminal records checks revealed Bass was arrested on February 23, 2017 and charged with Aggravated Assault and Home Invasion.

29. Bass picked up the Outer Package from the Delivery Address and placed the Outer Package into the passenger side of a white Chevrolet pick-up, Georgia license plate number PXE3712 (Subject Vehicle #1). At the time he picked up the Outer Package, Bass was wearing a white undershirt, dark colored pants, and sunglasses.

30. Bass left the Delivery Address and drove to 104 East Grace Street, Hahira, Georgia. Clinton Scott Bass is the registered occupant of this address.

31. Bass and Subject Vehicle #1 remained at his residence at 104 East Grace Street for several minutes, before returning to the truck. Upon returning to his truck, Bass was wearing a different shirt than the one he was wearing when he picked up the Outer Package. At this time, Bass moved the Outer Package from the passenger side of Subject Vehicle #1 and placed the Outer Package in the bed of Subject Vehicle #1.

32. Bass then drove Subject Vehicle #1 around for several hours to various locations in Valdosta, Georgia before returning to 104 East Grace Street at approximately 6:21pm. Upon returning to his home, Bass parked Subject Vehicle #1 in an attached carport.

33. At approximately 9:37pm, Moniker #2 contacted the OCE on Website #1. Moniker #2 wrote, "Yeah man got it today. Look in trying to figure out best way to get it to him. Is it safe to mail it? If not no big deal I will do something else. Just don't want to hit an innocent. I'm going to send u half the money right now and the other half after it go off. Only a few days my friend."

34. At approximately 10:23pm, the signal on the tracking device degraded. In my training and experience, one common reason for such a degradation would be if the tracking device

was moved inside an inner room in a home.

35. At approximately 10:33pm, Moniker #2 contacted the OCE on Website #1 again. Moniker #2 wrote, "Just opened it and it looks real good. The shipping label though is that postage label paid so all I have to do is mail it? Just want to make sure you paid enough for the weight or they won't deliver it.  Let me know.  If so I will mail it on Monday and you will get the rest Tuesday.  Hope that you are ok with that.  Thanks"

36. Subsequently, half of the virtual currency originally paid by Moniker #2 was released to the OCE by Website #1.

## CONCLUSION

37. Based on the foregoing, I believe that probable cause exists to support charges of 18 U.S.C. § 842(a)(3) (Attempting to Receive Explosive Materials without a License), and 18 U.S.C. § 844(d) (Attempting to Transport Explosives Through Interstate Commerce to Kill, Injure, or Intimidate), and that the nature of these crimes, combined with other facts and circumstances, further supports the issuance of a warrant by this court for the arrest of Clinton Scott Bass.

Kate Furtak
Special Agent, FBI

Subscribed and sworn to before me on this 14th day of April, 2017.

Thomas Q. Langstaff
United States Magistrate Judge